BEFORE THE THIRD DIVISION, MAY 8, 1940

**No. 43672.**—Protest 961763–G of City of Hankow Tassel Co. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 43673.**—Protests 927433–G, etc., of Volkart Bros., Inc. (New York).

Opinion by KEEFE, J. It appeared that the merchandise is the same as that the subject of Abstract 41736. The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 9, 1940

**No. 43674.**—Protest 986004–G of Joan Stafford-Allen Williams (Philadelphia).

Opinion by CLINE, J. No evidence was offered in support of the claim made. On the record presented the protest was overruled.